1042

THE STATE OF WASHINGTON, *Respondent*, v. NINA ROSE SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07874-9, Cheryl B. Carey, J., entered August 27, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Schindler, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JASON MATTHEW ABSHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06699-6, Bruce E. Heller, J., entered August 30, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Ellington, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. CAROL ANNE MAGEE, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 10-1-00100-1, Vickie I. Churchill, J., entered August 18, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick and Lau, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. TYLER B. LJUBICH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06199-4, Carol A. Schapira, J., entered October 1, 2010. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Leach, C.J., and Grosse, J.